[This opinion has been published in *Ohio Official Reports* at 81 Ohio St.3d 1259.]

THE STATE OF OHIO, APPELLEE, *v.* WOODMAN, APPELLANT.

[Cite as *State v. Woodman*, 1998-Ohio-617.]

*Appeal dismissed as improvidently allowed.*

(No. 97-2615—Submitted March 3, 1998—Decided April 15, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 97APA04-499.

————————————

*Ronald J. O'Brien*, Franklin County Prosecuting Attorney, and *Joyce S. Anderson*, Assistant Prosecuting Attorney, for appellee.

*Robert H. Woodman, pro se.*

————————————

{¶ 1} The appeal is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————